UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEITH BABIN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7378-WBV-DMD** |
| **PLAQUEMINES PARISH** | **SECTION "D"(3)** |

## JUDGMENT

Considering the verdict rendered by the Jury on June 10, 2021 (R. Doc. 202);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the defendant, Plaquemines Parish, and against the plaintiffs, Keith Babin, Joshua Dismukes, Kevin Burge and Barbara Tate.

New Orleans, Louisiana, August 18, 2021.

**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**