UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEITH BABIN, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7378** |
| **PLAQUEMINES PARISH** | **SECTION: D (5)** |

## FINAL JUDGMENT

In accordance with the Court's December 8, 2022 Order granting Plaintiffs' Renewed Motion for Judgment as a Matter of Law (R. Doc. 227), the Joint Status Report filed by the parties on February 1, 2023 (R. Doc. 236), and the Court's March 2, 2023 Order granting Plaintiffs' Motion for Liquidated Damages (R. Doc. 237);

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Plaintiff **Keith Babin** and against Defendant Plaquemines Parish in the amount of $101,121.54, plus post-judgment interest at the rate of 5.06% per annum. This amount includes $50,560.77 in unpaid overtime wages and $50,560.77 in liquidated damages.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Plaintiff **Kevin Burge** and against Defendant Plaquemines Parish in the amount of $109,248.80, plus post-judgment interest at the rate of 5.06% per annum. This amount includes $54,624.40 in unpaid overtime wages and $54,624.40 in liquidated damages.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Plaintiff **Joshua Dismukes** and against Defendant Plaquemines Parish in the amount of $268,443.36, plus post-judgment interest at the

rate of 5.06% per annum. This amount includes $134,221.68 in unpaid overtime wages and $134,221.68 in liquidated damages.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Plaintiff **Barbara Tate** and against Defendant Plaquemines Parish in the amount of $62,130.42, plus post-judgment interest at the rate of 5.06% per annum. This amount includes $31,065.21 in unpaid overtime wages and $31,065.21 in liquidated damages.

New Orleans, Louisiana, March 2, 2023.

                                                          _____
                                                          **WENDY B. VITTER**
                                                          **United States District Judge**