## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KEITH BABIN, KEVIN BURGE, JOSHUA DISMUKES, and BARBARA TATE; | ) ) ) ) | |
| Plaintiffs | ) ) | Civil Action No. 2:18-cv-07378 |
| v. | ) ) | Hon. Wendy Vitter |
| THE PARISH OF PLAQUEMINES; | ) ) ) ) | Mag. Michael North |
| Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO FIX ATTORNEYS' FEES AND COSTS**

Pursuant to 29 U.S.C. § 216(b), Plaintiffs file this unopposed Motion to Fix Attorneys' Fees and Costs in the above-captioned matter. Section 216(b) of the Fair Labor Standards Act states that a Court "shall, in addition to any judgment awarded to the plaintiff or plaintiffs, allow a reasonable attorney's fee to be paid by the defendant, and costs of the action."

The parties have conferred regarding the sum of reasonable attorneys' fees and costs incurred by Plaintiffs in prosecuting this action, and have reached an agreement as to quantum, as reflected in the enclosed Proposed Order. Counsel for the Parish of Plaquemines have indicated that Defendant does not oppose this motion.

Respectfully Submitted,

*/s/ Charles J. Stiegler*
Charles J. Stiegler, #33456
STIEGLER LAW FIRM LLC
318 Harrison Ave., Suite #104

>New Orleans, La. 70124
>Tel:   (504) 267-0777
>Fax:   (504) 513-3084
>Charles@StieglerLawFirm.com
>
>         and
>
>Joseph G. Kopfler
>Kopfler & Hermann, Attorneys at Law
>7910 Main Street, Suite #400
>Houma, La. 70360
>Tel:   (985) 805-8089
>Fax:   (985) 851-4521
>Joe@KopflerHermann.com
>
>*Attorneys for Plaintiffs*