## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEITH BABIN, KEVIN BURGE, JOSHUA DISMUKES, and BARBARA TATE; ) ) ) ) | |
| Plaintiffs ) ) | Civil Action No. 2:18-cv-07378 |
| v. ) ) | Hon. Wendy Vitter |
| THE PARISH OF PLAQUEMINES; ) ) ) | Mag. Michael North |
| Defendant. ) | |

### ORDER

Considering the Plaintiffs' Unopposed Motion to Fix Attorneys' Fees and Costs pursuant to 29 U.S.C. § 216(b),

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiffs' Attorneys' Fees and Costs shall be allowed in the following amounts:

- To Stiegler Law Firm LLC: $184,450 in attorneys' fees and $4,447.40 in costs.

- To Kopfler & Hermann: $80,650 in attorneys' fees and $5,269 in costs.

Thus done and signed this _____ day of March 2023 in New Orleans, Louisiana.

_____
HON. WENDY VITTER
UNITED STATES DISTRICT JUDGE